IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


Joshua Mallory


(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.


Detective Robinson


(Enter above the full name of the defendant
or defendants in this action.)


COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.    Previous Lawsuits
       A.    Have you begun other lawsuits in state or federal court dealing with the
same facts            involved in this action or otherwise relating to your imprisonment?
Yes ( ) No (x )

       B.    If your answer to A is yes, describe each lawsuit in the space below. (If
there is more    than one lawsuit, describe the additional lawsuits on another piece of
paper, using            the same outline.)

       1.  Parties to this previous lawsuit

       Plaintiffs:

                        NA                                        Defendants:


       2.  Court (if federal court, name the district; if state court, name the county):

                                                        3.   Docket Number:

       4.   Name of judge to whom case was assigned:_____NA
       5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still
             pending?)

                                                        6.   Approximate date of filing lawsuit:


-1-                                Revised 4/18/08

7. Approximate date of disposition:

II. Place of Present Confinement:

A. Is there a prisoner grievance procedure in the institution?

Yes ( )  No ( x )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ()   No ()

C. If your answer is Yes:

1. What steps did you take?

NA

2. What was the result?

D.  If your answer is No, explain why not:

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of Plaintiff ____ Joshua Mallory 9023 Mill Branch Rd. Southaven Mississippi 38671

B. Detective Robinson ____ Homicide Unit

Address ____ 160 N. Maine St, Memphis, TN. 38103

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of additional defendants.)

C. Defendant_____is employed as

at

D. Additional Defendants:

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.     I made numerous calls to the Crump police station, and officers showed up a long time later and said they had not received a call from me. I called because a big, fat, black guy had attacked me.  I was taken to the Crump police station because they said Detective Robinson wanted me to be locked up.  Detective Robinson approached me without a recorder and stated to me. We heard things about you being gay at the YMCA, and you are going to jail.  She had me incarcerated without facts. The case was dismissed, and I am seeking restitution.  This charge prevented me from moving forward with my life and getting employment.

Revised 4/18/08

V.    Relief
      State briefly exactly what you want the court to do for you. Make no legal arguments.
      Cite no cases or statutes.


I am requesting 3 million dollars in restitution.


VI.   Jury Demand
      I would like to have my case tried by a jury. Yes ( ) No ( x).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our

information, knowledge, and belief.

            Signed this____08_____day of _____06_____, 20__26_____.




                                                                (Signature of Plaintiff/Plaintiffs)



Revised 4/18/08